WHITE & CASE LLP
Douglas P. Baumstein (*admitted pro hac vice*)
Susan L. Grace (*admitted pro hac vice*)
Evelyn A. Fanneron
1221 Avenue of the Americas
New York, New York 10020
(212) 819-8200
dbaumstein@whitecase.com
susan.grace@whitecase.com
evelyn.fanneron@whitecase.com

*Counsel for Defendants DBV Technologies S.A.,*
*Daniel Tassé, Pierre-Henri Benhamou,*
*David Schilansky, and Susanna Mesa*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRAVIS ITO-STONE, Individually and on Behalf of All Others Similarly Situated,<br><br>        *Plaintiff*,<br><br>v.<br><br>DBV TECHNOLOGIES S.A., DANIEL TASSÉ, PIERRE-HENRI BENHAMOU, DAVID SCHILANSKY, and SUSANNA MESA,<br><br>        *Defendants*. | Case No.: 2:19-cv-00525-MCA-LDW<br><br>Hon. Madeline Cox Arleo<br>Magistrate Judge Leda D. Wettre<br><br>**NOTICE OF MOTION TO RE-NOTICE THE SECOND <u>AMENDED COMPLAINT</u>**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Motion Date: July 6th<br><br>*Document Filed Electronically* |

**TO**: All Counsel of Record

PLEASE TAKE NOTICE that on Monday July 6th, 2020 at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants DBV Technologies S.A., Daniel Tassé, Pierre-Henri Benhamou, David Schilansky, and Susanna Mesa ("Defendants") shall move this Court for an order requiring plaintiffs Ruth Pruitt and Asdrubal Delgado to issue a new notice of the Second

Amended Complaint (Dkt. No. 38) pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C.A. § 78u-4(a)(3)(A)(i)-(iii).

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendants submit the accompanying Memorandum of Law and a Declaration of Susan L. Grace with an exhibit attached thereto, along with a Proposed Order.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated: June 12, 2020

Respectfully submitted,

By: _s/ Evelyn A Fanneron_
Evelyn A. Fanneron
Douglas P. Baumstein (*admitted pro hac vice*)
Susan L. Grace (*admitted pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 819-8200
dbaumstein@whitecase.com
susan.grace@whitecase.com
evelyn.fanneron@whitecase.com

*Counsel for DBV Technologies S.A.,*
*Daniel Tassé, Pierre-Henri Benhamou,*
*David Schilansky, and Susanna Mesa*

2

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Local Rule 14(b)(1), I hereby certify that, on June 12, 2020, the foregoing Notice of Motion was filed electronically with the United States District Court for the District of New Jersey through the Court's ECF System, which constitutes service on all parties under Local Civil Rule 5.2.

*s/ Evelyn A. Fanneron*
Evelyn A. Fanneron

AMERICAS 102387244