**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRAVIS ITO-STONE, Individually and on Behalf of All Others Similarly Situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>DBV TECHNOLOGIES S.A., DANIEL TASSÉ, PIERRE-HENRI BENHAMOU, DAVID SCHILANSKY, and SUSANNA MESA,<br><br>    *Defendants*. | Case No. 2:19-cv-00525-MCA-LDW |

**DECLARATION OF SUSAN L. GRACE IN SUPPORT OF DEFENDANTS'
MOTION TO RE-NOTICE THE SECOND AMENDED COMPLAINT**

I, Susan L. Grace, make the following statements under penalty of perjury:

1. I am competent to testify and make this declaration. Matters stated herein are based on personal knowledge and review of the pleadings and documents referenced herein.

2. I am a member of the law firm of White & Case LLP (resident in the firm's New York, New York office), which is counsel for DBV Technologies S.A., Daniel Tassé, Pierre-Henri Benhamou, David Schilansky, and Susanna Mesa (together, "Defendants") in this matter. I submit this declaration in support of Defendants' Motion to Re-Notice the Second Amended Complaint (Dkt. No. 38) ("SAC").

3. Attached as Exhibit A is a true and correct copy of a redline provided by counsel for Lead Plaintiffs Ruth Pruitt and Asdrubal Delgado comparing the SAC to the First Amended Complaint filed in this action (Dkt. No. 26).

AMERICAS 103021397

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

June 12, 2020.

          Susan L. Grace

AMERICAS 103021397

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 14(b)(1), I hereby certify that, on June 12, 2020, the foregoing Declaration of Susan L. Grace was filed electronically with the United States District Court for the District of New Jersey through the Court's ECF System, which constitutes service on all parties under Local Civil Rule 5.2.

Dated: June 12, 2020

*s/ Evelyn A. Fanneron*
Evelyn A. Fanneron

AMERICAS 103021397