**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| TRAVIS ITO-STONE, Individually and on Behalf of All Others Similarly Situated, *Plaintiff*, v. DBV TECHNOLOGIES S.A., DANIEL TASSÉ, PIERRE-HENRI BENHAMOU, DAVID SCHILANSKY, and SUSANNA MESA, *Defendants*. | Case No.: 2:19-cv-00525-MCA-LDW Hon. Madeline Cox Arleo Magistrate Judge Leda D. Wettre |

**[PROPOSED] ORDER**

WHEREAS, Defendants having moved this Court for an order requiring named plaintiffs Ruth Pruitt and Asdrubal Delgado to issue a new notice of the Second Amended Complaint (Dkt. No. 38) pursuant to the requirements of the Private Securities Litigation Reform Act of 1995 (the "Motion");

WHEREAS, the Court, having considered the Motion, the supporting and opposing papers, the pleadings in this action, and the relief requested therein;

IT IS HEREBY ORDERED this _____ day of _____, 2020, that Defendants' Motion is GRANTED and plaintiffs Pruitt and Delgado are hereby ordered to issue a notice of the Second Amended Complaint in accordance with the requirements of the Private Securities Litigation Reform Act of 1995.

_____
Honorable Madeline C. Arleo
United States District Judge