**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **TRAVIS ITO-STONE, et al.**<br>***Plaintiffs*,**<br>**v.**<br>**DBV TECHNOLOGIES S.A., et al.**<br>***Defendants*.** | **Civil Action No. 19-525**<br>**ORDER** |

**THIS MATTER** comes before the Court by way of Defendants' Motion to Dismiss the Second Amended Class Action Complaint, ECF No. 51. The Court has reviewed the briefs filed by the parties and heard oral argument in this matter on July 29, 2021. Upon consideration and for the reasons stated on the record on July 29, 2021,

**IT IS** on this 29th day of July, 2021;

**ORDERED** that Defendants Motion to Dismiss, ECF No. 51, is **GRANTED**; and it is further

**ORDERED** that the Second Amended Class Action Complaint, ECF No. 38 is **DISMISSED without prejudice**; and it is further

**ORDERED** that to the extent Plaintiffs can cure the deficiencies identified by the Court on the record, Plaintiffs may file an amended pleading by September 30, 2021; and it is further

**ORDERED** that the parties shall submit an agreed upon briefing schedule on any renewed motion to dismiss.

***/s/ Madeline Cox Arleo***
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**