## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

---

TRAVIS ITO-STONE, Individually and on Behalf of All Others Similarly Situated,

    *Plaintiff,*

v.

DBV TECHNOLOGIES S.A., DANIEL TASSÉ, PIERRE-HENRI BENHAMOU, DAVID SCHILANSKY, and SUSANNA MESA,

    *Defendants.*

---

Case No. 2:19-cv-00525-MCA-LDW

### REPLY DECLARATION OF DOUGLAS P. BAUMSTEIN IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED CLASS ACTION COMPLAINT

I, Douglas P. Baumstein, make the following statements under penalty of perjury:

1. I am competent to testify and make this declaration. Matters stated herein are based on my personal knowledge and review of the pleadings and documents referenced herein.

2. I am a member of the law firm of Mintz Levin Cohn Ferris Glovsky and Popeo PC, which is counsel for DBV Technologies S.A. ("DBV"), Daniel Tassé, Pierre-Henri Benhamou, David Schilansky, and Susanna Mesa (together, "Defendants"). I submit this declaration in further support of Defendants' Motion to Dismiss the Third Amended Class Action Complaint.

3. Attached as Exhibit 1 is a true and correct copy of the transcript of DBV's conference call dated March 16, 2020, which is referenced in the Third Amended Class Action Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 18, 2022.

/s/  Douglas P. Baumstein
Douglas P. Baumstein

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rule 5.2(14)(b)(1), I hereby certify that, on March 18, 2022, the foregoing Declaration of Douglas P. Baumstein was filed electronically with the United States District Court for the District of New Jersey through the Court's ECF System, which constitutes service on all parties under Local Civil Rule 5.2.

Dated:  March 18, 2022

*/s/* Andre K. Cizmarik
Andre K. Cizmarik